JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIEZHONG LI,<br><br>      Plaintiff,<br>v.<br>BANK OF AMERICA, N.A.,<br><br>      Defendant. | Case No. 2:25-cv-06096-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss Without Leave to Amend,

IT IS HEREBY ADJUDGED that this action is DISMISSED WITH PREJUDICE.

DATED:  October 6, 2025

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE